1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

FRV, a minor, by and through his
guardian ad litem, CRISTAL
CAZARES VALENZUELA; and
SONIA VALENZUELA PEREZ,
individually,

                                Plaintiffs,

v.

UNITED STATES OF AMERICA;
and DOES 1 through 20, inclusive,

                                Defendants.

Case No.:  21-CV-329 JLS (KSC)

**ORDER GRANTING PLAINTIFF
SONIA VALENZUELA PEREZ'S
PETITION FOR APPOINTMENT
OF GUARDIAN AD LITEM**

(ECF No. 3)

Presently before the Court is Plaintiff Sonia Valenzuela Perez's ("Ms. Valenzuela Perez") Petition for Appointment of Guardian ad Litem ("Pet.," ECF No. 3).  Because Plaintiff FRV ("FRV"), Ms. Valenzuela Perez's child, is a minor, *see id.* ¶ 1, Ms. Valenzuela Perez requests that Cristal Cazares Valenzuela ("Ms. Cazares Valenzuela"), FRV's adult sister, be appointed FRV's guardian ad litem for the purpose of pursuing FRV's claims against Defendants, *see id.* ¶ 4.

/ / /

/ / /

/ / /

1

Good cause appearing, the Court **GRANTS** the Petition (ECF No. 3) and **APPOINTS** Ms. Cazares Valenzuela as FRV's guardian ad litem.

**IT IS SO ORDERED.**

Dated: February 26, 2021

Hon. Janis L. Sammartino
United States District Judge

21-CV-329 JLS (KSC)