UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRV, a Minor, By and Through His Guardian ad litem, CRISTAL CAZARES VALENZUELA; and SONIA VALENZUELA PEREZ, Individually,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No.: 21cv329-DMS(BLM)<br>Related Case: 21cv165-DMS(BLM)<br><br>**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR AN EXTENSION TO COMPLETE FACT DISCOVERY**<br><br>**[ECF No. 24]** |

On November 10, 2022, Plaintiffs filed an *Ex Parte* Application for An Extension of Time to Complete Necessary Fact Discovery, Bring Any Potential Motions to Compel, and to Complete Expert Discovery. ECF No. 24. Plaintiffs seek to continue the fact discovery deadline from November 10, 2022 to December 27, 2022 in order to depose four Tri-City Medical Center nurses "who have information relevant to disputed material issues in this case." Id. at 2. In support, Plaintiffs state that "[i]t was not until October 26, 2022, a month after deposition requests" that they learned the nurses were no longer employees of Tri-City Medical Center.[1] Id. at 5. Further,

---

[1] Tri-City Medical Center was dismissed from this action July 25, 2022. See Docket 21cv165-DMS(BLM) at ECF No. 26. Plaintiffs represents that they were instructed on September 27, 2022, to correspond with Tri-City Medical Center's in-house counsel following the Tri-City Medical

Plaintiffs indicate general counsel for Tri-City Medical Center did not agree to provide the last known contact information for the four nurses until November 7, 2022. Id. Plaintiffs note that only one previous continuance was granted. Id.; see also Docket 21cv165 at ECF No. 20. Further, Plaintiffs also represent Defendant does not oppose Plaintiff's motion. Id.; see also ECF No. 24-1 at 3, Declaration of Kenneth M. Sigelman.

Good cause appearing, the Court **GRANTS** Plaintiffs' motion and extends the fact discovery deadline to December 27, 2022 for the sole purpose of taking the four nurses' depositions.

Plaintiffs concede that it is likely that "the witnesses will have very little recollection of [the day of FRV's delivery]" but state that "in the event there is something significant from one of these nurses, it would be highly prejudicial to the PLAINTIFFS to be deprived of the opportunity to discover such information before trial." Id. at 6. Plaintiffs indicate that any significant testimony "would be an isolated consideration for experts that would not be prejudicial to any party or expert witness to incorporate into opinion testimony." Id.

To the extent Plaintiffs are seeking permission in this application to extend any expert deadlines, the request is **DENIED.** If the parties obtain information that affects expert opinions and any party wants to modify the expert deadlines, the parties must meet and confer and file a new motion supporting the request.

All other guidelines and requirements remain as previously set. See ECF No. 23.

**IT IS SO ORDERED**.

Dated: 11/15/2022

Hon. Barbara L. Major
United States Magistrate Judge

---

Center's dismissal to coordinate the depositions. ECF No. 24 at 3.